UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Federal Insurance Company

               v.                    Case No. 05-cv-245-PB

Swift Finish Carpentry, et al

ORDER OF DISMISSAL

     In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

     SO ORDERED.

October 25, 2006                              /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:     Counsel of Record